UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60306-CIV-LENARD/WHITE

**MYRON C. FRANKLIN**,

        Petitioner,

vs.

**EDWIN BUSS**,

        Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 15) AND DISMISSING WITHOUT PREJUDICE PETITIONER'S WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 15), issued on August 16, 2011. In his Report, Magistrate Judge White recommends that Petitioner's pro se Writ of Habeas Corpus, filed on February 10, 2011, be denied. (Report at 19.) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. (*Id.*) To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 15), issued on August 16, 2011, is **ADOPTED.**

2. Petitioner Myron C. Franklin's Writ of Habeas Corpus (D.E. 1), filed on February 10, 2011 is **DENIED**.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of September, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**